UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL TAPIA,

                  Petitioner-Defendant,

         v.

UNITED STATES OF AMERICA,

                  Respondent.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 21, 2025
```

23-CV-10601 (KMW)
17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

        Defendant Joel Tapia has filed a notice of change of address and requested that this Court

"forward a copy of my last entered documents" because his "property and paperwork" were lost

when he was transferred to a new facility. (Letter, ECF No. 9.) Tapia is currently appealing this

Court's denial of his 28 U.S.C. § 2255 motion, ECF No. 5, to the Second Circuit.

        The Clerk of Court is respectfully directed to mail copies of the following documents

from the criminal docket, 17-CR-512, to Tapia: ECF Nos. 758, 764, 765, and 771.

        SO ORDERED.

Dated: New York, New York
       February 21, 2025

                                      */s/ Kimba M. Wood*
                                   Kimba M. Wood
                            United States District Judge